said appeal be, and the same hereby is, transferred to the Appellate Division of the Third Judicial Department for hearing and determination, pursuant to the statutes in such case made .and provided.

BACHMAN, Respondent, v. HARRINGTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by Max Bachman against Charles H. Harrington, as president of the Rochester Musicians' Protective Association. No opinion. Order affirmed, with $10 costs and disbursements.

BACHMAN. Respondent, v. HARRINGTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by Max Bachman against Charles H. Harrington, as president of the Rochester Musicians' Protective Association. No opinion. Motion to dismiss appeal denied, without costs, with leave to renew after the determination of the rehearing upon the motion which resulted in the order appealed from.

BADGER, Respondent, v. JOHNSTON, Appellant, et al. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by Elizabeth C. Badger against Mattie D. Johnston, impleaded, etc. No opinion. Motion for leave to appeal to the Court of Appeals denied.

In re BANKS' WILL. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) In the probate of the last will and testament of Leonora Post Banks, deceased.

PER CURIAM. Ordered, that it be referred to Harry B. Harpending, Esq., an attorney and counselor residing at Dundee, N. Y., to take and report to this court such testimony as may be offered by either party upon the question whether, upon hearing of this matter in Surrogate's Court, it was in substance stated by the special guardian and counsel for the infant that no claim would be made that the deceased was incompetent to make the will then being offered for probate, and that the hearing before said referee may be brought on by either party on five days' notice, and is to be continued with all possible expedition. The form of the order to be settled by and before Mr. Presiding Justice McLENNAN on two days' notice.

BARG, Respondent, v. DRY DOCK, E. B. & B. R. CO, Appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by Benjamin Barg against the Dry Dock, East Broadway & Battery Railroad Company. No opinion. Motion to dismiss appeal granted, with costs, unless the appellant pay $10 costs and perfect its appeal within 20 days, in which case the motion is denied, without costs.

BARNES v. LONG ISLAND REAL ESTATE EXCH. & INV. CO. et al. (Supreme Court, Appellate Division, Second Department. August 31, 1905.) Action by Albert J. Barnes against the Long Island Real Estate Exchange & Investment Company and the People's Trust Company. No opinion. Judgment affirmed, with costs. See 84 N. Y. Supp. 951.

BARNES v. LONG ISLAND REAL ESTATE EXCH. & INV. CO. et al. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Albert J. Barnes against the Long Island Real Estate Exchange & Investment Company and the People's Trust Company. No opinion. Motion for reargument denied. Motion to resettle order, so as to allow costs to each respondent, granted.

BARRELL et al., Appellants, v. VAN WAGENEN, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by Finley Barrell and others against Avis S. Van Wagenen. No opinion. Motion to expunge certain affidavits and papers from the appeal book herein denied, with $10 costs.

BARRELL et al., Appellants, v. VAN WAGENEN, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) Action by Finley Barrell and others against Avis S. Van Wagenen. PER CURIAM. Order affirmed, with $10 costs and disbursements. HISCOCK and NASH, JJ., dissent, on authority of Pratt, etc., Company v. Tailer, 99 App. Div. 236, 90 N. Y. Supp. 1023; Tompkins v. Continental Bank, 71 App. Div. 330, 75 N. Y. Supp. 1099; Mutual Loan Ass'n v. Lesser, 81 App. Div. 138, 80 N. Y. Supp. 1112; Ryan v. Duffy, 54 App. Div. 199, 66 N. Y. Supp. 649.

BEARDMORE, Appellant, v. BARRY, Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Thomas J. Beardmore against Elizabeth M. Barry. G. A. Rogers, for appellant. F. W. Buermeyer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BEARDSLEE et al. v. INGRAHAM et al. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Nathan S. Beardslee and another against George S. Ingraham and another. No opinion. Motion granted. Questions settled as stated in memorandum. See 94 N. Y. Supp. 937.

BEARDSLEY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Edmund Beardsley against the city of New York. E. S. Brownson, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs.

BEEGLE, Respondent, v. CROSSTOWN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1905.) Action by Charles E. Beegle, as, etc., against the Crosstown Street Railway Company. No opinion. Judgment and order affirmed, with costs.